AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

JOHNNIE H. LAMBERT,

      Plaintiff,

V.

DANTE F. VACCA, et al.,

      Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:11-cv-00093-RCJ-RAM**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's complaint is DISMISSED with prejudice for failure to state a claim for which relief may be granted.

  5/11/2011

**LANCE S. WILSON**
Clerk

/s/ P. McDonald
Deputy Clerk