UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHNNIE H. LAMBERT, | ) | |
| | ) | |
| Plaintiff, | ) | 3:11-cv-00093-RCJ-RAM |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DANTE F. VACCA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This is a prisoner action brought pursuant to 42 U.S.C. § 1983. On May 11, 2011, this court dismissed this action for failure to state a claim for which relief may be granted (docket #8) and entered judgment (docket #10), and plaintiff's motion for reconsideration of the Screening Order (docket #13) was denied on July 22, 2011 (docket #14). Plaintiff filed a notice of appeal on August 1, 2011 (docket #15).

On August 4, 2011, the Ninth Circuit Court of Appeals referred this matter to this court for the limited purpose of determining whether *in forma pauperis* status should continue for the appeal of the denial of the motion for reconsideration or whether the appeal is frivolous or taken in bad faith (docket #18). This court certifies that any *in forma pauperis* appeal from its Order would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3). *See Coppedge v. United States*, 369 U.S. 438, 445

1  (1962); *Gardner v. Pogue*, 558 F.2d 548, 550 (9th Cir. 1977) (indigent appellant is permitted to proceed *in forma pauperis* on appeal only if appeal would not be frivolous).

**IT IS THEREFORE ORDERED** that this court **CERTIFIES** that any *in forma pauperis* appeal from its Order dated July 22, 2011 (docket #14) would not be taken "in good faith" pursuant to 28 U.S.C. § 1915(a)(3).

DATED this 16th day of September, 2011.

_____
UNITED STATES DISTRICT JUDGE